**AFFIDAVIT OF SERVICE**

| Case:<br>1:26-CV-11741-WGY | Court:<br>United States District Court for the District of Massachusetts | County: | Job:<br>15715860 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Jodi Katzeff | | Defendant / Respondent:<br>Copeland Enterprises, Inc. | |
| Received by:<br>All State Constables | | For:<br>Paronich Law, P.C. | |
| To be served upon:<br>Copeland Enterprises, Inc. | | | |

I, Brian Silva, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**    Shahzad - General Manager, 970 West Chestnut Street, Brockton, MA 02301
**Manner of Service:**              Authorized, Apr 22, 2026, 10:04 am EDT
**Documents:**                        Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Apr 22, 2026, 10:04 am EDT at 970 West Chestnut Street, Brockton, MA 02301

**Fees:**    $75.00

_____            04/22/2026
Brian Silva                                                                  **Date**

All State Constables
7 Cabot Pl Suite 3
Stoughton, MA 02072
7817751520