**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JODI KATZEFF, Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COPELAND ENTERPRISES, INC.,<br><br>　　　　　Defendant. | Case No.<br>1:26-CV-11741-WGY |

**NOTICE OF APPEARANCE**

Please enter the appearance of Nicholas W. Allen of McCarter & English, LLP as counsel for Defendant Copeland Enterprises, Inc. in the above-captioned action.

Respectfully submitted,

**COPELAND ENTERPRISES, INC.**

By its attorney,

/s/ Nicholas W. Allen
Nicholas W. Allen (BBO #663409)
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Tel. (617) 449-6500
Fax (617) 326-3086
nallen@mccarter.com

Dated:   May 22, 2026

ME1\61153643.v1

2

## **CERTIFICATE OF SERVICE**

I, Nicholas W. Allen, hereby certify that on the 22nd day of May, 2026, a true copy of the above document was served on counsel for all parties through the Court's ECF/CM system.

/s/ Nicholas W. Allen
Nicholas W. Allen

ME1\61153643.v1