**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JODI KATZEFF, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>COPELAND ENTERPRISES, INC.,<br><br>   Defendant. | Case No.<br>1:26-CV-11741-WGY |

**ASSENTED-TO MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT**

Defendant Copeland Enterprises, Inc. ("Copeland"), hereby moves for a thirty (30) day extension of time to respond to the Complaint. Copeland was served with the Summons and Complaint on or about April 22, 2026. Copeland retained undersigned counsel on May 19, 2026. Undersigned counsel conferred with Plaintiff's counsel on May 19, 2026 to discuss the case and the timing of a responsive pleading.  Plaintiff's counsel agreed that Copeland could have an extension of 30 days to respond to the Complaint.  Undersigned counsel requires additional time to prepare a responsive pleading, and therefore respectfully seeks a thirty (30) day extension from the original answer deadline, and a new deadline of June 15, 2026 to file a response to the Complaint.  Plaintiff assents to this request.

WHEREFORE, for the foregoing reasons, Copeland requests a thirty-day extension of time to respond to the Complaint and that a new responsive pleading deadline of June 15, 2026 be set by the Court.

ME1\61153366.v1

Respectfully submitted,

**COPELAND ENTERPRISES, INC.**

By its attorney,

/s/ Nicholas W. Allen
Nicholas W. Allen (BBO #663409)
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Tel. (617) 449-6500
Fax (617) 326-3086
nallen@mccarter.com

Dated:   May 22, 2026

ASSENTED-TO:

**JODI KATZEFF,**

By her attorney,

/s/ Anthony I. Paronich
Anthony I. Paronich, Esq.
Paronich Law, P.C.
350 Lincoln St.
Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I, Nicholas W. Allen, hereby certify that on the 22nd day of May, 2026, a true copy of the above document was served on counsel for all parties through the Court's ECF/CM system.

/s/ Nicholas W. Allen
Nicholas W. Allen

2

ME1\61153366.v1