UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JODI KATZEFF, Individually and on behalf of all
Others similarly situated,

Plaintiff,

v.

COPELAND ENTERPRISES, INC.,

Defendant.

C.A. No.:  1:26-cv-11741-WGY

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT COPELAND ENTERPRISES, INC.

Pursuant to Federal Rule 7.1(a), defendant Copeland Enterprises, Inc. states that there is

no parent corporation or publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

**COPELAND ENTERPRISES, INC.**

By its attorney,

/s/ Nicholas W. Allen
Nicholas W. Allen (BBO #663409)
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Tel. (617) 449-6500
Fax (617) 326-3086
nallen@mccarter.com

Dated:   June 15, 2026

ME1\61439003.v1

2

## <u>CERTIFICATE OF SERVICE</u>

I, Nicholas W. Allen, hereby certify that on the 15th day of June, 2026, a true copy of the above document was served on counsel for all parties through the Court's ECF/CM system.

/s/ Nicholas W. Allen
Nicholas W. Allen

2