**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

JODI KATZEFF, individually and on behalf of all
others similarly situated,

    *Plaintiff*,

vs.

COPELAND ENTERPRISES, INC.

    *Defendant*.

_____/

**Case No.** 1:26-cv-11741-WGY

**JURY TRIAL DEMANDED**

## ASSENTED-TO MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff Jodi Katzeff, with the consent of Defendant Copeland Enterprises, Inc., respectfully moves this Court to continue the Scheduling Conference presently scheduled for July 14, 2026, at 2:30 p.m. As grounds for this motion, the Plaintiff states as follows:

1.      On June 16, 2026, the Court scheduled an in-person Scheduling Conference for July 14, 2026, at 2:30 p.m.

2.      Plaintiff's counsel has a previously scheduled court appearance that conflicts with the date and time of the Scheduling Conference.

3.      Counsel for the parties have conferred regarding alternative dates and jointly request that the Scheduling Conference be rescheduled.

4.      The parties are available for a rescheduled Scheduling Conference on July 15, 2026, July 17, 2026, July 22, 2026, or July 23, 2026, and respectfully request that the Court select any of those dates and times convenient to the Court.

5.      This request is made in good faith, is not sought for purposes of delay, and will not prejudice any party.


WHEREFORE, the Plaintiff respectfully requests that the Court continue the Scheduling Conference currently scheduled for July 14, 2026, and reschedule it to a date convenient to the Court on July 15, 17, 22, or 23, 2026, and grant such other and further relief as the Court deems just and proper.


Dated: June 18, 2026

PLAINTIFF,
By her attorney,
*/s/ Anthony I. Paronich*
Anthony I. Paronich
**Paronich Law, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff and the Class*