**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

JODI KATZEFF, individually and on behalf of all
others similarly situated,

    *Plaintiff*,

vs.

COPELAND ENTERPRISES, INC.

    *Defendant*.

_____/

**Case No.** 1:26-cv-11741-WGY

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P.

41(a)(1), with each party to bear its own costs and fees.

RESPECTFULLY SUBMITTED AND DATED this July 7, 2026.

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Attorney for Plaintiff*

*AND*

/s/ Nicholas W. Allen
Nicholas W. Allen (BBO #663409)
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Tel. (617) 449-6500
nallen@mccarter.com

*Attorney for Defendant*

ME1\61751336.v1